**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mark D. Boyko, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **APPEAR PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Elizabeth A. Robinson, | ) | Case No. 4:07-cv-035 |
| | ) | |
| Defendant. | ) | |

Before the court is the Defendant's motion for attorney Barry A. Schartz to appear *pro hac vice* on her behalf. In accordance with Local Rule 79.1(D), Mr. Schwartz has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the clerk. Accordingly, the Defendant's motion (Docket No. 3) is **GRANTED**. Attorney Barry A. Schwartz is admitted to practice before this court in this matter on the Defendant's behalf.

**IT IS SO ORDERED.**

Dated this 29th day of May, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge